# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2005

129591

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE MARQUIS JOSHUA MILES, JALEN
VERILY ALLEN MILES, JUWANA DENISE
MILES, and ANTHONY WOLFE JACOB
RIPPY, Minors.

_____

FAMILY INDEPENDENCE AGENCY,
            Petitioner-Appellee,

v

ANTONIO BRINTLEY,
            Respondent-Appellant,

and

ATANYA MILES, MARZENE PORTER, and
ANTHONY RIPPY,
            Respondents.

_____/

SC: 129591
COA: 260212
Wayne CC
Family Division: 00-391035-NA

On order of the Court, the application for leave to appeal the September 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2005 _____            _____

p1010                                                                Clerk